UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| ACACIA WOLFF,<br><br>　　　　　　　　　Plaintiff,<br>　　v.<br><br>COLUMBIA COLLECTORS INC., and JOHN HOLTMANN<br><br>　　　　　　　　　Defendants. | CASE NO. 3:20-cv-05903<br><br>ORDER ON PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE |

THIS MATTER comes before the Court on Plaintiff's Notice of Voluntary Dismissal Without Prejudice (Dkt. 9) pursuant to Fed. R. Civ. P. 41.

IT IS HEREBY **ORDERED:**

- Plaintiffs complaint (Dkt. 1) is **DISMISSED**, without prejudice.

The Clerk is directed to send uncertified copies of this Order to all counsel of record and to any party appearing *pro se* at said party's last known address.

Dated this 15th day of October, 2020.

_____
ROBERT J. BRYAN
United States District Judge

ORDER ON PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE - 1